## JOHN MELDRUM, ADMINISTRATOR, ETC., OF GEORGE MELDRUM, DECEASED, *versus* DAVID C. McKINSTRY

. . . . . . . . . . . . . . . . . . .

JOURNAL ENTRIES (1821): *Journal 3:* (1) Rule to return habeas corpus
*p. 204; (2) dismissed *p. 263.
PAPERS IN FILE: [None]
*1821 Calendar*, MS p. 90.

## JOHN MELDRUM *versus* DAVID C. McKINSTRY

. . . . . . . . . . . . . . . . . . .

JOURNAL ENTRIES (1821): *Journal 3:* (1) Rule to return habeas corpus
*p. 205; (2) dismissed *p. 264.
PAPERS IN FILE: [None]
*1821 Calendar*, MS p. 91.

## WILLIAM MILLER *versus* JOHN PALMER

. . . . . . . . . . . . . . . . . . .

JOURNAL ENTRIES (1821): *Journal 3:* (1) Rule to return habeas corpus *p.
205; (2) dismissed *p. 264.
PAPERS IN FILE: [None]
*1821 Calendar*, MS p. 92.